UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA           )
                                   )
v.                                 )    Criminal No.  040-10223-GAO
                                   )
SAAJID BADAT                       )
_____)

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States, by and through the United States Attorney, Michael J. Sullivan, hereby gives notice of trial counsel's appearance and substitution of trial counsel. Assistant United States Attorney Gregory Moffatt shall appear in all proceedings in the matter, along with Assistant United States Attorney Kimberly P. West, as Assistant United States Attorneys Gerard T. Leone, Jr., Brian Leske and Michael D. Ricciuti have each left the Office of the United States Attorney.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney,
                     By:

                              /s/ Gregory Moffatt
                              GREGORY MOFFATT
                              Assistant U.S. Attorney
                              (617)748-3370

DATE:  July 12, 2005

-1-